

**PNC MORTGAGE℠**
A Division of PNC Bank, National Association

**Customer Service Contact Information:**
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH  45401-1820
1-800-822-5626

RECEIVED

2016 NOV 21  A 11: 12

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

November 14, 2016

US BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
5414 U.S. STEEL TOWER 600 GRANT ST
PITTSBURGH PA 15219

DIANE M HUGHES
RE: 13-24381

Dear Bankruptcy Court:

Diane Hughes is the mortgagor on PNC Mortgage loan xxxxxx9167

Please withdraw the payment change notice that was filed on 11/02/2016 as it was filed in error.

If there are any question concerning this request please feel free to contact me at 1-866-754-0659.

Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Inessa Polinkovsky

Bankruptcy Specialist