**PNC MORTGAGE**
A Division of PNC Bank, National Association

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626

RECEIVED
2016 NOV 21  A 11: 12
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

November 14, 2016

US BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
5414 U.S. STEEL TOWER 600 GRANT ST
PITTSBURGH PA 15219

DIANE M HUGHES
RE: 13-24381

Dear Bankruptcy Court:

Diane Hughes is the mortgagor on PNC Mortgage loan xxxxxx9167

Please withdraw the payment change notice that was filed on 11/02/2016 as it was filed in error.

If there are any question concerning this request please feel free to contact me at 1-866-754-0659.

Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Inessa Polinkovsky

Bankruptcy Specialist

FILED
11/23/16 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Related to Dkt. No. 134 and
Claim #2

SO ORDERED
November 23, 2016

_____
GREGORY L. TADDONIO  cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-24381-GLT
Diane M. Hughes                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Nov 23, 2016
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2016.
db          +Diane M. Hughes,   107 Hazlett Road,   West Sunbury, PA 16061-1709
cr           PNC MORTGAGE, A DIVISION OF PNC BANK, NA,   PO Box 1820,   Dayton, OH 45401-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank National Association agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Christopher L. Borsani    on behalf of Creditor    PNC Bank National Association
               cborsani@tuckerlaw.com,   clborsani82@gmail.com
              Dennis M. Sloan    on behalf of Debtor Diane M. Hughes sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              Nicholas  Godfrey    on behalf of Respondent    PNC Bank nicholas.godfrey@dinsmore.com,
               cindy.lowry@dinsmore.com
              Nicholas  Godfrey    on behalf of Creditor    PNC Bank National Association
               nicholas.godfrey@dinsmore.com,   cindy.lowry@dinsmore.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Prizm Financial Company, LLC
               pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9