IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
OCT 10 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                          : Case No.:   13-24381-GLT
                                                : Chapter:    13
Diane M. Hughes                                 :
                                                :
                                                : Date:       10/10/2018
            *Debtor(s).*                        : Time:       09:00

## PROCEEDING MEMO

**MATTER:**   #142 - Trustee's Motion to Compel Complete Loan History and Pay-Off Statement by PNC Bank, N.A.
             #144 - Response by Debtor In Support of Trustee's Motion
             #145 - Response by PNC Bank

**APPEARANCES:**
            Debtor:    Dennis M. Sloan
            Trustee:   Owen Katz
            PNC:       James Warmbrodt

**NOTES:**

Warmbrodt: I have still not received the complete loan history. I have received some, but not all of it.

Sloan: I would ask that the form order I submitted be issued.

Katz: No objection.

Warmbrodt: I just do not know whether the running balance is what they normally do or not without be able to see a loan history.

Sloan: It was presented to me before that everything was corrected and yet it still has not been, so I would like to see a running balance to make sure everything is accounted for.

**OUTCOME:**

1. The proposed order submitted by Debtor at Dkt. No. 144 is entered (O/E).

**DATED:** 10/10/2018