**FILED**

OCT 10 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>DIANE M. HUGHES,<br><br>　　　　　　　　　　Debtor<br><br><br>RONDA J. WINNECOUR, CHAPTER 13<br>TRUSTEE,<br><br>　　　　　　　　　　Movant,<br><br>　　v.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>　　　　　　　　　　Respondent. | Bankr. No. 13-24381-GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 142<br><br><br>Hearing: 10/10/2018 @ 9:00 AM |

ORDER OF COURT

AND NOW, to wit, this __10th__ day of __October__, 2018, upon consideration of the Trustee's Motion to Compel, it is hereby ORDERED, ADJUDICATED, and DECREED that, within thirty (30) days from the date of this Order, PNC Bank, National Association ("PNC") shall provide to the Trustee and Debtors' counsel a complete loan account history, with running balance, which includes the application of all payments, charges, fees, escrow disbursements, suspense balances and other adjustments from the inception of the loan through the present. The account history shall be in a readily comprehensible format with the payments, charges, fees, escrow disbursements, suspense balances and other adjustments clearly labeled and easily identifiable.

It is further ORDERED that, within thirty (30) days from the date of this Order, PNC shall provide to the Trustee and Debtor's counsel a pay-off statement for the Debtor's account.

It is further ORDERED that PNC shall bear all costs related to this Order.

By the Court:

_____
The Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Diane M. Hughes  
    Debtor

Case No. 13-24381-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Oct 10, 2018  
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.  
db          +Diane M. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:

       Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association andygornall@latouflawfirm.com  
       Andrew F Gornall    on behalf of Creditor    PNC Bank National Association andygornall@latouflawfirm.com  
       Christopher L. Borsani    on behalf of Creditor    PNC Bank National Association cborsani@tuckerlaw.com, clborsani82@gmail.com  
       Dennis M. Sloan    on behalf of Debtor Diane M. Hughes sloanassoc@zoominternet.net, dsloan@sloanassoc.com  
       James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com  
       Nicholas Godfrey    on behalf of Respondent    PNC Bank nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com  
       Nicholas Godfrey    on behalf of Creditor    PNC Bank National Association nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft    on behalf of Creditor    Prizm Financial Company, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                      TOTAL: 11