IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    : Case No.:   13-24381-GLT
                                                                          : Chapter:    13
Diane M. Hughes                                                           :
                                                                          :
                                                                          : Date:       11/7/2018
          *Debtor(s).*                                                    : Time:       10:30

**FILED**

NOV 09 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*   #148 - Debtor's Objection to the Notice of Mortgage Payment Change filed by PNC Bank (Claim #2)
            #155 - Amended Response by PNC Bank

*APPEARANCES:*
            Debtor:      Dennis M. Sloan
            Trustee:     Owen Katz
            PNC Bank:    James Warmbrodt

*NOTES:*

Sloan: There is no explanation for the escrow credit. There is a "corporate fee balance" of $3,654 that appears to consist of bankruptcy and foreclosure costs. I do not know what these numbers are supposed to represent. I have done no formal discovery and do not know if I may need to.

Warmbrodt: After we filed the loan history, I received Mr. Sloan's questions and forwarded them to PNC bank but have not yet received any responses or explanations. I have been talking to PNC's in-house bankruptcy counsel. I also have an excel spreadsheet of the loan history that I can share with Mr. Sloan and the Court.

Court: PNC shall respond to Mr. Sloan's questions by November 16. The parties should meet and confer by December 12th, including the trustee if the trustee wishes to participate. The Debtor should submit a status report by the end of the day on December 14.

*OUTCOME:*

1. On or before November 16, 2018, PNC to provide responses to Debtor's written inquiries (Chambers to prepare).

2. On or before December 12, 2018, PNC, Debtor, and the trustee (to the extent she wishes to participate) shall conduct a meet & confer in an effort to informally resolve any pending issues (Chambers to prepare).

3. On or before December 14, 2018, Debtor to file a status report identifying any remaining issues in dispute between the parties (Chambers to prepare).

4. The hearing on the Objection to Notice of Mortgage Payment Change [Dkt. No. 148] is continued to December 19, 2018 at 11:00 a.m. (Chambers to prepare).

**DATED:** 11/7/2018