IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
NOV 09 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 13-24381-GLT |
| | Chapter 13 |
| DIANE M. HUGHES, | |
| | Related to Dkt. Nos. 148 & 155 |
| *Debtor.* | |
| | Hearing: December 19, 2018 at 11:00 a.m. |

## ORDER

This matter is before the Court on the *Objection to Notice of Mortgage Payment Change* [Dkt. No. 148] filed by Debtor, and the subsequent *Amended Response* [Dkt. No. 155] filed by PNC Bank. The Court scheduled a hearing on these matters for November 7, 2018. At the hearing, counsel for Debtor represented that he had sent several written questions to PNC regarding the change in Debtor's mortgage payment, but had received no response. Likewise, counsel for PNC indicated that he had forwarded the questions to PNC's in-house counsel for clarification, but was still awaiting any response from them.

Based on the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that:

1.  On or before **November 16, 2018**, PNC Bank shall provide responses to the Debtor's written inquiries.

2.  On or before **December 12, 2018**, PNC Bank, Debtor, and the trustee, to the extent that she wishes to participate, shall conduct a meet & confer in an effort to informally resolve any pending issues with the respect to these matters.

3.  On or before **December 14, 2018**, Debtor shall file a status report identifying any remaining issues in dispute between the parties.

4. The hearing on the Debtor's *Objection to Notice of Mortgage Payment Change* at Dkt. No. 148 and the *Amended Response* by PNC Bank at Dkt. No. 155 is continued to **December 19, 2018** at **11:00 a.m.** in Courtroom A, U.S. Steel Building, 54th Floor, 600 Grant Street, Pittsburgh, Pa. 15219.

Dated: November 8, 2018

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Debtor
Dennis M. Sloan, Esq.
James Warmbrodt, Esq.
PNC Bank
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-24381-GLT
Diane M. Hughes                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Nov 09, 2018
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db            +Diane M. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709
cr            +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank National Association
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Christopher L. Borsani    on behalf of Creditor    PNC Bank National Association
               cborsani@tuckerlaw.com, clborsani82@gmail.com
              Dennis M. Sloan    on behalf of Debtor Diane M. Hughes sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Nicholas Godfrey    on behalf of Respondent    PNC Bank nicholas.godfrey@dinsmore.com,
               christina.lee@dinsmore.com
              Nicholas Godfrey    on behalf of Creditor    PNC Bank National Association
               nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Prizm Financial Company, LLC
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 11