**PNC MORTGAGE℠**
A Division of PNC Bank, National Association

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626

November 15, 2018

US BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
5414 U.S. STEEL TOWER
600 GRANT ST
PITTSBURGH PA 15219

DIANE M HUGHES
RE: 13-24381

Dear Bankruptcy Court:

Diane M Hughes is the mortgagor on PNC Mortgage loan xxxxxx9167

Please withdraw the payment change notice that was filed on 11/07/2018, as it was filed in error.

If there are any question concerning this request please feel free to contact me at 1-866-754-0659.

Thanks, in advance for your assistance in this matter.

Sincerely,

*Lucy Miller*
/s/ Lucy Miller

Bankruptcy Specialist