FILED
3/29/19 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Diane M. Hughes<br>            Debtor<br><br>PNC Bank, National Association<br>            Movant<br>   vs.<br><br>Diane M. Hughes<br>Ronda J. Winnecour, Trustee<br>            Respondents | NO. 13-24381-GLT<br><br>CHAPTER 13<br><br>Related to Dkt. No. 174<br><br>Hearing date: 4/10/18 @ 9:00 a.m. |

### **MODIFIED ORDER**

AND NOW, this   29th   day of   March,   2019,   it is ORDERED that the Motion filed herein is granted, and the deadline for filing a stipulation under a certification of counsel pursuant to W.PA.LBR 5005-6 (Local Bankruptcy Form 26). The certification of counsel needs to comply with W.PA.LBR 9013-8, Judge Taddonio's Procedures and be filed using the CM/ECF Event Code: Bankruptcy > Misc > Certification of Counsel-PAWB-26.in this matter is hereby extended to **April 4, 2019**.


BY THE COURT,

_____ J.
cgt

Case Administrator to serve:
Debtor
Counsel for Debtor
James C. Warmbrodt, Esq.
Chapter 13 Trustee
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Diane M. Hughes
    Debtor

Case No. 13-24381-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Mar 29, 2019
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.
db              +Diane M. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
         andygornall@latouflawfirm.com
        Andrew F Gornall    on behalf of Creditor    PNC Bank National Association
         andygornall@latouflawfirm.com
        Christopher L. Borsani    on behalf of Creditor    PNC Bank National Association
         cborsani@tuckerlaw.com, clborsani82@gmail.com
        Dennis M. Sloan    on behalf of Debtor Diane M. Hughes sloanassoc@zoominternet.net,
         dsloan@sloanassoc.com
        James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
         bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
        Nicholas Godfrey    on behalf of Respondent    PNC Bank nicholas.godfrey@dinsmore.com,
         christina.lee@dinsmore.com
        Nicholas Godfrey    on behalf of Creditor    PNC Bank National Association
         nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Prizm Financial Company, LLC
         pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                 TOTAL: 11