IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Bankr. No. 13-24381-GLT |
| | } | |
| DIANE M. HUGHES, | } | Chapter 13 |
| | } | |
| Debtor | } | Document No. |
| | } | Related to Document No. 178 |
| | } | |
| | } | Related to Claim No. 2 |
| | } | |
| PNC BANK NATIONAL ASSOCIATION, | } | |
| | } | |
| Movant, | } | |
| | } | |
| v. | } | |
| | } | |
| DIANE M. HUGHES | } | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE, | } | |
| | } | |
| Respondent. | } | |

**CERTIFICATE OF SERVICE OF ORDER OF COURT DATED APRIL 10, 2019**

I hereby certify that I served or caused to be served on this 12th day of April, 2019, a true and correct copy of the Order of Court dated April 10, 2019, via United States mail, first class, postage prepaid, upon:

1. PNC Bank, National Association, Attn: William S. Demchak, C.E.O., 249 Fifth Avenue, One PNC Plaza, Pittsburgh, PA 15222
2. PNC Mortgage, Attn: Lucy Miller, Default Support Specialist, 3232 Newmark Drive, Miamisburg, OH 45342
3. James C. Warmbrodt, Esq., KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106
4. Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219
5. Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

    Respectfully submitted,
    /s/Dennis M. Sloan
    Dennis M. Sloan
    Attorney for Debtors
    Pa. Id. No. 83784
    106 S. Main Street, Suite 305
    Butler, PA 16001
    (724) 284-9092
    sloanassoc@zoominternet.net