FILED
4/29/19 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Diane M. Hughes<br>　　　　　　Debtor<br>Diane M. Hughes<br>　　　　　　Movant<br>　　v.<br>PNC Bank, National Association<br>Ronda J. Winnecour, Trustee<br>　　　　　　Respondents | NO. 13-24381-GLT<br><br>CHAPTER 13<br><br><br><br>Related to Dkt. Nos. 148 and 183 |

## **MODIFIED ORDER**

　　AND NOW, this    29th    day of    April,    2019 it is ORDERED that the Motion filed herein is granted, and the deadline for Debtor to file a motion seeking an award of counsel fees is extended to May 1, 2019.

　　　　　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　　　　　_____ J.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　cgt

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Diane M. Hughes
    Debtor

Case No. 13-24381-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Apr 29, 2019
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
db          +Diane M. Hughes,   107 Hazlett Road,   West Sunbury, PA 16061-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   JPMorgan Chase Bank, National Association andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor   PNC Bank National Association andygornall@latouflawfirm.com
          Christopher L. Borsani    on behalf of Creditor   PNC Bank National Association cborsani@tuckerlaw.com, clborsani82@gmail.com
          Dennis M. Sloan    on behalf of Debtor Diane M. Hughes sloanassoc@zoominternet.net, dsloan@sloanassoc.com
          James Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
          Nicholas Godfrey    on behalf of Respondent   PNC Bank nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com
          Nicholas Godfrey    on behalf of Creditor   PNC Bank National Association nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Prizm Financial Company, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                         TOTAL: 11