Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Diane M. Hughes** : | Case No. 13−24381−GLT | |
| *Debtor(s)* : | Chapter: 13 | |
| : | | |
| **RONDA J. WINNECOUR, Trustee,** : | | |
| *Movant(s),* : | | |
| : | | |
| v. : | Related to Document No. 188 | |
| **No Respondents** : | | |
| *Respondent(s).* : | Hearing Date: 7/3/19 at 11:00 AM | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

  *AND NOW,* this *The 3rd of May, 2019*, a *Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disbursements (No Discharge)* (the "Motion") having been filed at Doc. No. 188 by the Chapter 13 Trustee,

  It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

  (1) *On or before June 17, 2019*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2) This Motion is scheduled for hearing on *July 3, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

  (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-24381-GLT
Diane M. Hughes                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: May 03, 2019
                              Form ID: 604            Total Noticed: 13
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db             +Diane M. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709
cr             +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr              PNC MORTGAGE, A DIVISION OF PNC BANK, NA,    PO Box 1820,    Dayton, OH 45401-1820
13732369       +Gregory E. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709
13732370       +JP Morgan Chase Bank, NA,    1750 Regal Row, Suite 120,    Dallas, TX 75235-2287
13732371       +Michael T. McKeever,    KML Law Group, P.C.,    701 Market Street, STE 5000,
                 Philadelphia, PA 19106-1541
13732372       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13765792       +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13732373       +Prizm Financial Services, Inc.,    169 Northland Blvd.,    Cincinnati, OH 45246-3151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13774706       +E-mail/Text: kburkley@bernsteinlaw.com May 04 2019 02:23:47     Prizm Financial Company, LLC,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
13754090        E-mail/Text: bkdepartment@rtresolutions.com May 04 2019 02:23:24
                 Real Time Resolutions, Inc.,   1349 Empire Central Dr., Ste #150,    P.O. Box 36655,
                 Dallas, Tx 75247
13732374       +E-mail/Text: bkdepartment@rtresolutions.com May 04 2019 02:23:24
                 Real Time Resolutions, Inc.,   PO Box 35888,    Dallas, TX 75235-0888
13732375       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 04 2019 02:23:14     U. S. Trustee's Office,
                 1001 Liberty Ave.,   Liberty Center,   Suite 970,    Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMorgan Chase Bank, National Association
res            PNC Bank
cr             Prizm Financial Company, LLC
                                                                                 TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank National Association
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Christopher L. Borsani    on behalf of Creditor    PNC Bank National Association
               cborsani@tuckerlaw.com, clborsani82@gmail.com
              Dennis M. Sloan    on behalf of Debtor Diane M. Hughes sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Nicholas Godfrey    on behalf of Respondent    PNC Bank nicholas.godfrey@dinsmore.com,
               christina.lee@dinsmore.com
              Nicholas Godfrey    on behalf of Creditor    PNC Bank National Association
               nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Prizm Financial Company, LLC
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2              User: jhel                  Page 2 of 2              Date Rcvd: May 03, 2019
                                  Form ID: 604                Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                    TOTAL: 11