**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DIANE M. HUGHES

       Debtor(s)
Ronda J. Winnecour
    Movant
    vs.
DIANE M. HUGHES

Case No.:13-24381

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case. The Trustee now recommends that the Court   treat thisChapter 13 case as complete.

3. Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** inthis case.

4. As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period   prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a   discharge in this case.

5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the  Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and   Account** (the "Final Report").     Upon submission of the Final Report, the Trustee asks the Court to  discharge her from her duties in this case and close this case.

WHERFORE, the Trustee respectfully requests that the Court,
    (a) Approve the Trustee's Report of Receipts and Disbursements,
    (b) Revest property of the estate with the debtor(s),
    (c) Terminate wage attachments, and
    (d) Enter a final decree and close this case.

May 02, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/16/2013 and confirmed on 11/20/13. The case was subsequently   Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 100,712.51 |
| Less Refunds to Debtor | 421.13 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,291.38 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,120.00 | |
|    Trustee Fee | 4,090.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,210.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 57,421.68 | 0.00 | 57,421.68 |
|     Acct: 9167 | | | | |
|   PNC BANK NA | 18,969.88 | 18,969.88 | 0.00 | 18,969.88 |
|     Acct: 9167 | | | | |
|   PRIZM FINANCIAL CO LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5879 | | | | |
|   PRIZM FINANCIAL CO LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5879 | | | | |
|   JPMORGAN CHASE BANK NA | 12,689.82 | 12,689.82 | 0.00 | 12,689.82 |
|     Acct: 4257 | | | | |
| | | | | 89,081.38 |
| **Priority** | | | | |
|   DENNIS M SLOAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DIANE M. HUGHES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DIANE M. HUGHES | 421.13 | 421.13 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SLOAN & ASSOCIATES PC | 3,620.00 | 3,620.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SLOAN & ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX3-15 | | | | |

***N O N E***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 89,081.38 |

```
TOTAL
CLAIMED                0.00
PRIORITY          31,659.70
SECURED                0.00
```

Date: 05/02/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DIANE M. HUGHES

          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:13-24381

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                    BY THE COURT:

                                                    _____

                                                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-24381-GLT
Diane M. Hughes                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel              Page 1 of 2               Date Rcvd: May 03, 2019
                               Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db          +Diane M. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709
cr          +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr           PNC MORTGAGE, A DIVISION OF PNC BANK, NA,    PO Box 1820,    Dayton, OH  45401-1820
13732369    +Gregory E. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709
13732370    +JP Morgan Chase Bank, NA,    1750 Regal Row, Suite 120,    Dallas, TX 75235-2287
13732371    +Michael T. McKeever,    KML Law Group, P.C.,    701 Market Street, STE 5000,
              Philadelphia, PA 19106-1541
13732372    +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13765792    +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13732373    +Prizm Financial Services, Inc.,    169 Northland Blvd.,    Cincinnati, OH 45246-3151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13774706    +E-mail/Text: kburkley@bernsteinlaw.com May 04 2019 02:23:45     Prizm Financial Company, LLC,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
13754090     E-mail/Text: bkdepartment@rtresolutions.com May 04 2019 02:23:24
              Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,    P.O. Box 36655,
              Dallas, Tx 75247
13732374    +E-mail/Text: bkdepartment@rtresolutions.com May 04 2019 02:23:24
              Real Time Resolutions, Inc.,    PO Box 35888,    Dallas, TX 75235-0888
13732375    +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 04 2019 02:23:14     U. S. Trustee's Office,
              1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           JPMorgan Chase Bank, National Association
res          PNC Bank
cr           Prizm Financial Company, LLC
                                                                                               TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank National Association
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Christopher L. Borsani    on behalf of Creditor    PNC Bank National Association
               cborsani@tuckerlaw.com, clborsani82@gmail.com
              Dennis M. Sloan    on behalf of Debtor Diane M. Hughes sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Nicholas Godfrey    on behalf of Respondent    PNC Bank nicholas.godfrey@dinsmore.com,
               christina.lee@dinsmore.com
              Nicholas Godfrey    on behalf of Creditor    PNC Bank National Association
               nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Prizm Financial Company, LLC
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-2            User: jhel                  Page 2 of 2              Date Rcvd: May 03, 2019
                                Form ID: pdf900             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 11