FILED
5/8/19 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 13-24381-GLT |
| | : Chapter 13 |
| DIANE M. HUGHES | : |
| | : Related to Dkt. No. 171 |
| | : |
| *Debtor.* | : Status Conference: June 5, 2019 at 11:00 a.m. |
| | : Response due:  May 29, 2019 |

### ORDER SETTING STATUS CONFERENCE

This matter came before the Court upon the Debtor's Certification of Discharge Eligibility [Dkt. No. 171].  It is hereby **ORDERED, ADJUDGED**, and **DECREED** that a status conference  will be held on **June 5, 2019** at **11:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pa. 15219 to address the accuracy of the Certification of Discharge Eligibility as it pertains to section 1328(f).  Although the Debtor initially commenced her prior case as a chapter 13 proceeding in November 2009, it was subsequently converted to a chapter 7 proceeding on February 7, 2013 and she thereafter received a discharge.  Accordingly, it would appear that the four-year period of 1328(f)(1) is not satisfied and the Debtor is ineligible for a chapter 13 discharge in this case.

On or before **May 29, 2019**, the Debtor shall file any response.

Dated: May 8, 2019

_____
GREGORY L. TADDONIO    cgt
UNITED STATES BANKRUPTCY COURT

Case administrator to mail to:
Debtor
Dennis M. Sloan, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-24381-GLT
Diane M. Hughes                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: May 08, 2019
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
db             +Diane M. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association andygornall@latouflawfirm.com
      Andrew F Gornall    on behalf of Creditor    PNC Bank National Association andygornall@latouflawfirm.com
      Christopher L. Borsani    on behalf of Creditor    PNC Bank National Association cborsani@tuckerlaw.com, clborsani82@gmail.com
      Dennis M. Sloan    on behalf of Debtor Diane M. Hughes sloanassoc@zoominternet.net, dsloan@sloanassoc.com
      James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
      Nicholas Godfrey    on behalf of Respondent    PNC Bank nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com
      Nicholas Godfrey    on behalf of Creditor    PNC Bank National Association nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Prizm Financial Company, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 11