FILED
5/21/19 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | * | Bankruptcy No. 13-24381-GLT |
| | * | |
| DIANE M. HUGHES, | * | Chapter 13 |
| Debtor | * | |
| | * | Related to Dkt. Nos. 171 and 196 |
| DIANE M. HUGHES, | * | Hearing: July 3, 2019 at 11:00 a.m. |
| Movant | * | |
| | * | |
| v. | * | |
| | * | |
| NO RESPONDENT | * | |

ORDER

AND NOW, this    21st    day of    May,    2019,    upon consideration of the Motion

to Continue Status Conference and Extend Time for Filing of Debtor's Response, it is ORDERED,

ADJUDGED and DECREED that:

a.    the Status Conference be and hereby is continued to   **July 3,  2019, at 11:00 a.m.**

in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219; and

b.    the Debtor shall file her Response on or before **June 17, 2019**.

Prepared by: Robert Shearer, Esquire

BY THE COURT:

_____

GREGORY L. TADDONIO **cgt**
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Debtor
Dennis M. Sloan, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-24381-GLT
Diane M. Hughes                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: ctak          Page 1 of 1          Date Rcvd: May 21, 2019
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db            +Diane M. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
          andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    PNC Bank National Association
          andygornall@latouflawfirm.com
          Christopher L. Borsani    on behalf of Creditor    PNC Bank National Association
          cborsani@tuckerlaw.com,   clborsani82@gmail.com
          Dennis M. Sloan    on behalf of Debtor Diane M. Hughes sloanassoc@zoominternet.net,
          dsloan@sloanassoc.com
          James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
          bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
          Nicholas Godfrey    on behalf of Respondent    PNC Bank nicholas.godfrey@dinsmore.com,
          christina.lee@dinsmore.com
          Nicholas Godfrey    on behalf of Creditor    PNC Bank National Association
          nicholas.godfrey@dinsmore.com,   christina.lee@dinsmore.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Prizm Financial Company, LLC
          pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 11