**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DIANE M. HUGHES

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:13-24381

Chapter 13

Related to Dkt. No. 188
Hearing: July 3, 2019 at 11:00 a.m.

**FILED**
JUL 03 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

ORDER OF COURT

AND NOW, this **3rd** day of **July**, 20**19**, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-24381-GLT
Diane M. Hughes                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2           Date Rcvd: Jul 03, 2019
                              Form ID: pdf900         Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db             +Diane M. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709
cr             +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
cr              PNC MORTGAGE, A DIVISION OF PNC BANK, NA,    PO Box 1820,    Dayton, OH  45401-1820
13732369       +Gregory E. Hughes,    107 Hazlett Road,    West Sunbury, PA 16061-1709
13732370       +JP Morgan Chase Bank, NA,    1750 Regal Row, Suite 120,    Dallas, TX 75235-2287
13732371       +Michael T. McKeever,    KML Law Group, P.C.,    701 Market Street, STE 5000,
                 Philadelphia, PA 19106-1541
13732372       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13765792       +PNC Bank, National Association,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13732373       +Prizm Financial Services, Inc.,    169 Northland Blvd.,    Cincinnati, OH 45246-3151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13774706       +E-mail/Text: kburkley@bernsteinlaw.com Jul 04 2019 02:41:47     Prizm Financial Company, LLC,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
13754090        E-mail/Text: bkdepartment@rtresolutions.com Jul 04 2019 02:41:29
                 Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,    P.O. Box 36655,
                 Dallas, Tx 75247
13732374       +E-mail/Text: bkdepartment@rtresolutions.com Jul 04 2019 02:41:29
                 Real Time Resolutions, Inc.,    PO Box 35888,   Dallas, TX 75235-0888
13732375       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 04 2019 02:41:16     U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association
res             PNC Bank
cr              Prizm Financial Company, LLC
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank National Association
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Christopher L. Borsani    on behalf of Creditor    PNC Bank National Association
               cborsani@tuckerlaw.com, clborsani82@gmail.com
              Dennis M. Sloan    on behalf of Debtor Diane M. Hughes sloanassoc@zoominternet.net,
               dsloan@sloanassoc.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Nicholas Godfrey    on behalf of Respondent    PNC Bank nicholas.godfrey@dinsmore.com,
               christina.lee@dinsmore.com
              Nicholas Godfrey    on behalf of Creditor    PNC Bank National Association
               nicholas.godfrey@dinsmore.com, christina.lee@dinsmore.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Prizm Financial Company, LLC
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2          User: bsil              Page 2 of 2             Date Rcvd: Jul 03, 2019
                              Form ID: pdf900         Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

                                                                                              TOTAL: 11